Appeal Ordered Withdrawn and Opinion issued March 31, 2000





In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-99-00831-CR

### CHARLES CARLOS GALINDEZ, Appellant

### V.

### STATE OF TEXAS, Appellee

On Appeal from the 219th District Court
Collin County, Texas
Trial Court Cause No. 219-80080-99

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-00831-CR    Date Filed: 05/19/1999

Style:  Galindez, Charles Carlos
        v.
        The State of Texas

Trial Judge:            Henderson, Curt
Trial Court Reporter:
Trial Court:            219TH DISTRICT COURT  Trial County:   COLLIN

---

APP    Faustino Bersosa Larrea
       ATT 000789436
       5913 Galaxie Rd
       Garland, Tx 75044-8117
       Phone 972/495-6761
       Fax 972/495-1309

STA    Tom O'Connell
       ATT 015181000
       Criminal District Attorney
       Collin County Courthouse
       210 S. McDonald Street, Suite 324
       McKinney, TX 75069
       Phone 972/548-4323
       Fax 972/542-3052